# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE YAGHMURYAN,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>Defendants. | No. 2:25-cv-02817-JAK (SKx)<br><br>**JUDGMENT** |

1

Based on the May 29, 2026 Order Granting in Part Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses, it is hereby **ORDERED, ADJUDGED, AND DECLARED** as follows:

1. Plaintiff is the prevailing party in the action.
2. Judgment is entered in favor of Plaintiff VAHE YAGHMURYAN and against Defendant MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company ("Defendant"), in the total amount of $16,000 as an award of attorney's fees.
3. Defendant shall satisfy the terms of this Judgment by paying to Plaintiff attorney's fees in the total amount of $16,000.00 within forty-five (45) days of the entry of this Judgment.
4. Plaintiff's request for an award of costs and expenses shall be presented to the Clerk of the Court in accordance with the Local Rules. The amount of costs and expenses will be determined by the Clerk through the ruling on the application to tax costs and expenses.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____
John A. Kronstadt
United States District Judge

2